UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Scott Succo,

Plaintiff,

v.

Paul Lawrence, Larry Vanderwall, and
NTA Limited, a South Dakota corporation,

Defendants

Court File No. 00-2305-DSD/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above-titled action having been fully, finally and completely compromised between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their respective counsel that the same may be and hereby is dismissed with prejudice on the merits and without costs and disbursements to any other part, and that he parties to this Stipulation may apply to the court pursuant to this stipulation for an Order directing that judgment of dismissal be entered accordingly.

JOHNSON & LINDBERG, P.A

Dated: 3/22/02

Robert G. Haugen, #124345
Attorney for Defendants
Suite 960
7900 International Drive
Minneapolis, Mn 55425-1582
(952) 851-0700

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DOOLEY & REICHERT, PLC

Dated: 3/25/02

James A. Reichert, # 90281
Attorney for Plaintiff
270 Grain Exchange Building North
301 Fourth Avenue South
Minneapolis, MN 55415
(612) 339-1453

MICHAEL L. LANDER, P.A.

Dated: 3/25/02

Michael L. Lander, #5981X
Attorney for Plaintiff
270 Grain Exchange Building North
301 Fourth Avenue South
Minneapolis, Mn 55415
(612) 339-1453

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation of Dismissal, the Clerk of Court is hereby ordered and directed to enter forthwith judgment dismissing the above-entitled action, with prejudice on the merits and without costs or disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 3/29/02